IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUNNY SKY PRODUCTS NORTH AMERICA, LTD., § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. H-12-0816 |
| § | |
| U.S. BEVERAGE, INC., *et al.*, § § | |
| Defendant. § | |

## ORDER

This case has been resolved by an agreed preliminary injunction and order of abatement. Accordingly, this case is administratively closed. It may be reinstated to the active docket on motion filed within 14 days after a default by defendants.

SIGNED on August 9, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge