**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SUNNY SKY PRODUCTS NORTH AMERICA, LTD., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-0816 |
| U.S. BEVERAGE, INC., *et al.*, | § § § | |
| Defendant. | § | |

## ORDER

The plaintiff has moved to reinstate this case on the court's active docket based on a default by the defendant of the obligations imposed by the parties' Agreed Injunction. No response has been filed. The motion is granted. The case is reinstated to the court's active docket and a hearing is set for **8:15 a.m., January 31, 2014**, in Courtroom 11-B. All counsel and a party representative are required to be present.

SIGNED on January 8, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge